# United States District Court
# Central District of California

closed
FILED
CLERK, U.S. DISTRICT COURT
JAN 11, 2018
CENTRAL DISTRICT OF CALIFORNIA
BY: BH DEPUTY

Raul Alfaro,

        Plaintiff,

    v.

Union Pacific Railroad Company, et al.,

        Defendants.

EDCV 17-00664-VAP (DTBx)

## JUDGMENT

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed on January 10, 2018, IT IS ORDERED AND ADJUDGED that Plaintiff's claims against Defendants are DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

**IT IS SO ORDERED.**

Dated: 1/11/18

Virginia A. Phillips
United States District Judge